UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LUCIANO TONELLI, ) | CASE NO. C05-0376-RSL-MAT |
| Plaintiff, ) | |
| v. ) | ORDER DENYING PLAINTIFF'S SECOND MOTION FOR APPOINTMENT OF COUNSEL |
| SARGENT AUTRY, et al., ) | |
| Defendants. ) | |

Plaintiff is a Washington state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has moved for the second time for appointment of counsel. (Dkt. #22). Defendants have filed a response to the motion. (Dkt. #25). Having reviewed plaintiff's second motion for appointment of counsel and the balance of the record, the court does hereby find and ORDER:

(1) Plaintiff's second motion for appointment of counsel (Dkt. #22) is DENIED. Less than one month ago, the court denied plaintiff's first motion for appointment of counsel. (Dkt. #20). Although plaintiff's second motion is more complete than his first motion, which consisted of a one-page letter, plaintiff still has not presented sufficient facts or legal arguments to warrant appointment of counsel. Therefore, for the reasons given in the court's previous Order, plaintiff's second motion for appointment of counsel (Dkt. #22) is DENIED. Plaintiff is advised that any further motions for appointment of counsel will not be considered by the court and will be

01 stricken.

02    (2)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for
03 defendants, and to the Honorable Robert S. Lasnik.

04    DATED this 25th day of July, 2005.

```
                                    Mary Alice Theiler
                                    United States Magistrate Judge
```

ORDER DENYING PLAINTIFF'S SECOND
MOTION FOR APPOINTMENT OF COUNSEL
PAGE -2