01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  LUCIANO TONELLI,                    )    CASE NO. C05-0376-RSL-MAT
                                        )
09          Plaintiff,                  )
                                        )
10      v.                              )    ORDER GRANTING PLAINTIFF'S
                                        )    MOTION FOR EXTENSION OF TIME
11  SARGENT AUTRY, et al.,              )
                                        )
12          Defendants.                 )
    _____)

13

14          Plaintiff is a Washington state prisoner proceeding *pro se* in this civil rights action pursuant

15  to 42 U.S.C. § 1983.  Defendants have filed a motion for summary judgment, which is noted for

16  consideration on October 28, 2005. (Doc. #31).  Plaintiff has filed a motion for extension of time

17  to file a response to defendants' motion for summary judgment. (Doc. #32).  As reasons for the

18  extension of time, plaintiff cites delays in using the prison law library. (*Id*.)  Having considered

19  plaintiff's motion and the balance of the record, the court does hereby find and ORDER:

20          (1)    Plaintiff's motion for extension of time (Doc. #31) is GRANTED.  Plaintiff shall

21  file a response to defendants' motion for summary judgment no later than **November 25, 2005**.

22  Defendants may file a reply by December 2, 2005, the new noting date set forth below.  In

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE -1

01  preparing his response to defendants' motion, plaintiff is reminded of the following:

02          When a party you are suing makes a motion for summary judgment that is
        properly supported by declarations (or other sworn testimony), you cannot simply rely
03      on what your complaint says.  Instead, you must set out specific facts in declarations,
        depositions, answers to interrogatories, or authenticated documents, as provided in
04      Rule 56(e), that contradict the facts shown in the defendant's declarations and
        documents and show that there is a genuine issue of material fact for trial.  If you do
05      not submit your own evidence in opposition, summary judgment, if appropriate, may
        be entered against you.  If summary judgment is granted, your case will be dismissed
06      and there will be no trial.

07  *Rand v. Rowland*, 154 F.3d 952, 962-963 (9th Cir. 1998).  Furthermore, plaintiff is reminded that

08  he must serve a copy of the response on defendants and provide the court with a certificate

09  showing such service, pursuant to Local Rule CR 5(f).

10          (2)     The Clerk shall renote defendants' motion for summary judgment for consideration

11  on December 2, 2005.  The Clerk is directed to send copies of this Order to plaintiff, to counsel

12  for defendants, and to the Honorable Robert S. Lasnik.

13          DATED this  20th  day of  October , 2005.

14

15                                          Mary Alice Theiler
16                                          United States Magistrate Judge

17

18

19

20

21

22

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE -2