UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LUCIANO TONELLI, | ) | CASE NO. C05-0376-RSL-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER STRIKING PLAINTIFF'S |
| | ) | MOTION FOR EXTENSION OF TIME |
| SARGENT AUTRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff is a Washington state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On October 25, 2005, he filed a motion requesting a thirty (30) day extension of time in which to file "a motion in opposition to Defendants' Summary Judgment." (Dkt. 34) The Court construes this as a motion to extend time for plaintiff to file an opposition to defendants' pending summary judgment motion (Dkt. 31). So construed, the Court does hereby find and ORDER:

(1) Plaintiff's motion for extension is STRICKEN AS MOOT. Plaintiff had already filed a similar motion requesting extension of time to file an opposition brief (Dkt. 32), and that motion was granted (Dkt. 33). **Plaintiff is reminded that the new deadline for him to submit**

ORDER STRIKING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME
PAGE -1

**an opposition brief to defendants' motion for summary judgment is November 25, 2005.**

(2) Plaintiff's attention is drawn to the fact that his filings contain the same deficiencies as identified in this Court's Order of August 29, 2005 (Dkt. 30). Namely, the certificate of service attached to the pleading is deficient because it only lists the address of the Court and not that of opposing counsel. In order for service to be effective, all parties who have appeared in this lawsuit must be listed with complete addresses on the Certificate of Service. Plaintiff is reminded of the requirements of Federal Rule of Civil Procedure 5(a) and Local Rule CR 5(f). In addition, plaintiff did not note the motion as required by Local Rule CR 7(b).

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable Robert S. Lasnik.

DATED this 27th day of October , 2005.

Mary Alice Theiler
United States Magistrate Judge